WILLIAM A. BENJAMIN v. JOSHUA DODGE.

*Justice's judgments—Special appeals.*

A special appeal from a justice's judgment does not lie where there is no question of jurisdiction and the case is in condition to be re-tried on the merits.

Error to Livingston. (Newton, J.) Jan. 12.—Jan. 17.

REPLEVIN. Defendant brings error. Affirmed.

*Albert Dodge* and *L. S. Montague* for appellant.

*Fred H. Warren* and *D. Shields* for appellee.

PER CURIAM. This is a case of an appeal general and special from the judgment of a justice of the peace in an action of replevin. The special appeal was properly overruled because there was no question of jurisdiction involved, and the case was in a situation to be retried on the merits. As to the proceedings on the general appeal we discover nothing worthy of comment.

The case was fairly submitted to the jury and there is no ground for disturbing their finding

Judgment affirmed with costs.